IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY KENNETH LEE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-0547-MEF |
| ) | WO |
| LOUIS BOYD, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objections (Doc. #7) to the Recommendation of the Magistrate Judge filed on September 14, 2011 are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) entered on July 21, 2011 is adopted;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 21st day of September, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE